UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

v.

U.S. DEPARTMENT OF COMMERCE,

*Defendant*.

Civil Action No. 18-1799 (APM)

JOINT STATUS REPORT

Pursuant to the Court's February 28, 2019 Order, the parties hereby provide the following information to the Court in this Freedom of Information Act ("FOIA") action.

Defendant is processing Plaintiff's September FOIA request (submitted after this lawsuit was filed) and is finalizing a first interim release of responsive documents consisting of 1816 pages. Although Defendant reported on February 28, 2019, that it expected to provide a first interim release on or prior to March 29, 2019, the release did not complete the clearance process due to a medical condition of one of the officials that clears documents for the Office of the Secretary. Defendant envisions finalizing the first interim release by April 8, 2019. Defendant is continuing to process responsive documents and envisions providing a second interim release on or prior to May 10, 2019.

WHEREFORE, the parties propose that the Court establish a date for a further joint status report on May 15, 2019.

Respectfully submitted,

*/s/ Karianne M. Jones*

Javier M. Guzman, Bar #462679
Karianne M. Jones, Bar #187783
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jguzman@democracyforward.org
kjones@democracyforward.org

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: _____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov