UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF COMMERCE,

    *Defendant*.

Civil Action No. 18-1799 (APM)

JOINT STATUS REPORT

Pursuant to the Court's April 4, 2019 Minute Order, the parties hereby provide the following information to the Court in this Freedom of Information Act ("FOIA") action.

Defendant is processing Plaintiff's September FOIA request (submitted after this lawsuit was filed) and is finalizing a first interim release of responsive documents. Although Defendant reported on April 4, 2019, that it expected to provide a first interim release on or prior to April 8, 2019, the release did not complete the production process on that date. This was occasioned, at least in part, by one of the agency employees who assisted in such processing departing the agency. Defendant has now produced what has been cleared for release in that first release.[1] Defendant further regrets that there was delay in finalizing the release that was earlier expected by May 10, 2019. At present the Agency estimates that a second interim release can be accomplished by May 30, 2019. Additional searches are still ongoing, so the volume of potentially responsive records to be reviewed is not yet fully known. The parties remain willing

---

[1] Defendant has also agreed to re-review those materials in an effort to ascertain whether certain of the redactions might be withdrawn, and anticipates that this can be accomplished in advance of the next joint status report contemplated by the parties.

to discuss outstanding issues as they arise, but believe that a further joint status report will be in order.

WHEREFORE, the parties propose that the Court establish a date for a further joint status report on June 19, 2019.

Dated: May 15, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Karianne M. Jones*<br>Javier M. Guzman, Bar #462679<br>Karianne M. Jones, Bar #187783<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>jguzman@democracyforward.org<br>kjones@democracyforward.org | JESSIE K. LIU, DC Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, DC Bar #924092<br>Chief, Civil Division<br><br>By: _____/s/_____<br>W. MARK NEBEKER, DC Bar #396739<br>Assistant United States Attorney<br>555 4th Street, NW<br>Washington, DC  20530<br>(202) 252-2536<br>mark.nebeker@usdoj.gov |

-2-